# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00387-CV

### In re David Goad

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the justice court's order denying his motion for change of venue. We lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. *See* Tex. Gov't Code § 22.221 (writ power of court of appeals); *Twenty First Century Holdings, Inc. v. Precision Geothermal Drilling, L.L.C.*, No. 03-13-00081-CV, 2015 WL 1882267, at *6 (Tex. App.—Austin Apr. 23, 2015, no pet.) (citing *Mullins v. Holt,* No. 10–13–00114–CV, 2013 WL 2257151 (Tex. App.–Waco May 9, 2013, no pet.) (mem. op.) (court of appeals has no jurisdiction to issue writ of mandamus against judge of justice court unless necessary to preserve jurisdiction); *Rodriguez v. Womack,* No. 14–10–01213–CV, 2012 WL 19659 (Tex. App.–Houston [14th Dist.] Jan. 5, 2012, pet. denied) (mem. op.) (noting court of appeals' lack of jurisdiction to issue mandamus against justice court). Relator does not argue or show that a writ of mandamus is necessary to preserve our jurisdiction. Therefore, we lack jurisdiction to issue a writ of mandamus against the justice of the peace or justice court. *See In re Smith,* 355 S.W.3d 901, 901–02 (Tex. App.–Amarillo 2011, orig. proceeding) (per curiam)

(where appellants did not argue or show writ was necessary to preserve jurisdiction, appellate court lacked jurisdiction to issue writ of mandamus against justice of peace).

Having reviewed the petition and the record provided, we dismiss the petition for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly, and Theofanis

Filed:   July 18, 2023